JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. LEWIS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-3389-MMM (RNB)<br><br>**J U D G M E N T** |

　　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _October 30, 2008_

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/4/08

_____
DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY